UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA SZALANSKI, <br><br> Plaintiff, <br><br> v. <br><br> MIKE ARNOLD, LEA GEREND, PHIL TROIA, MIKE WHALEY and GREATBANC TRUST COMPANY, <br><br> Defendants, <br><br> and <br><br> PDQ FOOD STORES, INC. EMPLOYEE STOCK OWNERHSIP PLAN, <br><br> Nominal Defendant. | Case No.: 19-cv-00940 <br><br> **NOTICE OF APPEARANCE OF R. JOSEPH BARTON** |

PLEASE TAKE NOTICE that R. Joseph Barton of Block & Leviton LLP, 1735 20th Street NW, Washington, DC 20009 hereby enters his appearance as counsel for Plaintiff Brenda Szalanski in the above-captioned matter.

Dated: December 17, 2019

Respectfully submitted,

R. Joseph Barton
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockesq.com