AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin 🔽

| | | |
|---|---|---|
| Brenda Szalanski | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-940 |
| Mike Arnold, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Mike Arnold, Lea Gerend, Phil Troia and Mike Whaley                    .

Date:    01/08/2020

/s/ Barret V. Van Sicklen
*Attorney's signature*

Barret V. Van Sicklen #1060852
*Printed name and bar number*
DeWitt LLP
2 East Mifflin Street, Suite 600
Madison, WI  53703-2865

*Address*

bvv@dewittllp.com
*E-mail address*

(608) 252-9386
*Telephone number*

(608) 252-9243
*FAX number*