AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| BRENDA SZALANSKI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-940 |
| MIKE ARNOLD, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GreatBanc Trust Company.

Date: 02/10/2020

/s/ Michael L. Scheier
*Attorney's signature*

Michael L. Scheier (Ohio 0055512)
*Printed name and bar number*

KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
*Address*

mscheier@kmklaw.com
*E-mail address*

(513) 579-6400
*Telephone number*

(513) 579-6457
*FAX number*