UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA SZALANSKI, on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY,<br><br>   Defendant | Case No.: 19-cv-940-wmc<br><br>**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)** |

    The undersigned certifies that counsel for Defendant GreatBanc Trust Company provided its written consent to the filing of the First Amended Complaint, ECF No. 52, in accordance with Federal Rule of Civil Procedure 15(a)(2). A true and correct copy of the written consent of counsel for Defendant GreatBanc Trust Company is attached here as Exhibit A.

Dated: December 30, 2022                                   Respectfully submitted,

                                                                                      /s/ Colin M. Downes

R. Joseph Barton
Email: jbarton@blockesq.com
Colin M. Downes (*pro hac vice*)
Email: colin@blockesq.com
Block & Leviton LLP
1633 Connecticut Ave., N.W., Ste .200
Washington, DC 20009
Tel: (202) 734-7046

Andrew W. Erlandson
Email: aerlandson@hurleyburish.com
HURLEY BURISH, S.C.
33 East Main Street, Suite 400
Madison, WI 53703
Tel: (608) 257-0945
Fax: (608) 257-5764

*Attorneys for Plaintiff*