UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA SZALANSKI, on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>            v.<br><br>MIKE ARNOLD, LEA GEREND, PHIL TROIA, MIKE WHALEY and GREATBANC TRUST COMPANY,<br><br>    Defendants, and<br><br>PDQ FOOD STORES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Nominal Defendant. | Case No.: 19-cv-940-wmc |

**DEFENDANT GREATBANC TRUST COMPANY'S
MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant GreatBanc Trust Company ("GreatBanc") moves to dismiss Plaintiff's Amended Complaint (the "Motion").

The Amended Complaint alleges that GreatBanc violated ERISA because it followed the ESOP participants' direction and voted the shares of the PDQ ESOP in favor of PDQ's October 2017 asset sale to Kwik Trip, Inc. ("Kwik Trip") (the "Transaction"), despite three so-called "side payments" to the Individual Defendants. Specifically, Plaintiff brings claims against GreatBanc under ERISA section 406(a)(1)(D) (Count I) and ERISA section 404(a)(1) (Count III) based on the following:

    1)    PDQ's payment of $4.96 million to the Individual Defendants owed under a Stock Appreciation Rights Plan (the "SARs Plan") and Grant Agreements that were established and unchanged since 2009—eight years before the Transaction (the "2009 SARS Plan Payment").

    2)    an enhancement to the Transaction price that provided an additional payment from Kwik Trip of up to $1.85 million to PDQ (and the ESOP) and up to $1.85 million

        to the Individual Defendants if the Individual Defendants successfully negotiated long-term leases or purchases of select properties on behalf of Kwik Trip after the Transaction (the "Lease Incentive").

3)     severance payments to approximately thirty management-level PDQ employees, who were not expected to be retained by Kwik Trip (the "Severance Payments").

The Amended Complaint fails to state any claim against GreatBanc based on the fact the Transaction included these three deal points. As fully set forth in GreatBanc's accompanying Memorandum in Support, the Amended Complaint fails to plausibly allege that GreatBanc violated ERISA section 406 (Count I) or ERISA section 404 (Count III). Accordingly, the Court should dismiss the Amended Complaint with prejudice.

                                                            Respectfully submitted,

                                                            */s/ Michael L. Scheier*
                                                            Michael L. Scheier (Ohio 0055512)
                                                           Brian P. Muething (Ohio 0076315)
                                                           Jacob D. Rhode (Ohio 0089636)
                                                           Matthew J. Slovin (Ohio 0102029)

                                                           KEATING MUETHING & KLEKAMP PLL
                                                           One E. 4th Street, Suite 1400
                                                           Cincinnati, OH 45202
                                                           Tel: (513) 579-6400
                                                           Fax: (513) 579-6457
                                                           mscheier@kmklaw.com
                                                           bmuething@kmklaw.com
                                                           jrhode@kmklaw.com
                                                           mslovin@kmklaw.com

                                                           **GODFREY & KAHN, S.C.**

                                                           Todd G. Smith (#1022380)
                                                           One East Main Street, Suite 500
                                                           Madison, WI 53701-2719
                                                           Phone: 608-284-2653
                                                           Fax: 608-257-0609
                                                           tsmith@gklaw.com

                                                           *Attorneys for Defendant GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2023, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

*/s/ Michael L. Scheier*
Michael L. Scheier