IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENDA SZALANSKI, on behalf of herself, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

MIKE ARNOLD, LEA GEREND, PHIL TROIA, MIKE WHALEY, and GREATBANC TRUST COMPANY,

    Defendants,

and

PDQ FOOD STORES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,

    Nominal Defendant.

Case No. 19-cv-940-wmc

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Mike Arnold, Lea Gerend, Phil Troia, Mike Whaley, and Greatbanc Trust Company and nominal defendant PDQ Food Stores, Inc. Employee Stock Ownership Plan against plaintiff Brenda Szalanski dismissing this case with prejudice.

    s/ Deputy Clerk                                                  6/20/2025

Joel Turner, Clerk of Court                           Date